Reginald F. Bell
TDCJ-ID No. 1923613
James A. Lynaugh Unit
1098, South Hwy 2037
Fort Stockton, Tx 79735

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 01 2015

Abel Acosta, Clerk

To,

Abel Acosta
Clerk of the Court
Court of Criminal Appeals
201 W. 14th St. Room 106
P . O . Box No. 12308
Austin, Tx 78711-2308

Date: May 26, 2015.

Dear Clerk,

Enclosed please find my pro se Defendant's Motion for Extension of time to file petition for Discretionary Review. Please file this Motions and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown above.

I also request that you notify me of the Court's ruling on my Motion.

Thank you for your time and attention in this matter.

cc: file

FILED IN
COURT OF CRIMINAL APPEALS

JUN 03 2015

Abel Acosta, Clerk

Sincerely Yours,

X _____
Reginald F. Bell
TDCJ-ID #1923613
Defendant pro se

Cause No. _____.

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

REGINALD F. BELL

V.

THE STATE OF TEXAS

FROM APPEAL NO. 02-14-00156-CR

TRIAL COURT CAUSE NO. 1319218D

TARRANT COUNTY, TEXAS

FIRST MOTION FOR EXTENSION OF TIME TO FILE

PETITIONS FOR DISCRETIONARY REVIEW

Reginald F. Bell
TDCJ-ID No. 1923613
James A. Lynaugh Unit
1098, South Hwy 2037
Ft. Stockton, Tx 79735

CAUSE NO. .

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

REGINALD F. BELL

V.

THE STATE OF TEXAS

FROM APPEAL NO. 02-14-00156-CR
TRIAL COURT CAUSE NO. 1319218D
TARRANT COUNTY, TEXAS

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE SAID COURT:

COMES NOW, REGINALD F. BELL, TDCJ-ID #1923613, Petitioner, and files this motion for an Extension of Time for Sixty (60) days in which to file a Petition for Discretionary Review. In support of this Motion, Appellant shows the Court the following:-

I.

The Petitioner was convicted in the 371th Judicial District Court of Tarrant County, Texas of the offense of Indecency with a Child in Cause No. 1319218D, Styled: State of Texas v. Reginald F. Bell. The Petitioner appealed to the Court of Appeals for the Second Supreme Judicial Court District. The case was affirmed on 04/16/2015.

## II.

The present deadline for filing the Peition for Discretionary Review is 05/16/2015. The petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until 04/28/2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Don Hase, has informed him that he will not represent him on the petition for Discretionary Review.

Wherefore, petitioner prays this Court grant this Motion and extend the deadline for filing the petition for Discretionary Review in Cause No. 1319218D to 02-14-00156-CR.

**SO PRAYED** on this the 26th day of May, 2015.

Respectfully Submitted,

Reginald F. Bell
TDCJ-ID No. 1923613
James A. Lynaugh Unit
1098, South Hwy 2037
Ft. Stockton, Tx 79735

## Verification

I, Reginald F. Bell, TDCJ-ID #1923613, being presently incarcerated in the James A. Lynaugh Unit of the Texas Department of Criminal Justice, Institutional Division in Pecos County, Texas, verify and declare under penalty of perjury that the foregoing statements are

true and correct, Executed on this the 26th day of May, 2015.

Respectfully Submitted,

X *Reginald F. Bell*
Reginald F. Bell
Petitioner pro-se

## Certificate of Service

I certify that a true and correct copy of the above and fore-going First Motion for Extension of Time to file a Petition for Discretionary Review, has been forwarded by U.S. Mail, Postage Pre-paid, First Class, to the Attorney for the State Kent Paxton, at 300 W. 15th St. 78701, P . O . Box No. 12548, Austin, Texas 78711-2548, and to the State Prosecuting Attorney, P . O . Box 12405, Austin, Tx 78711 on this the 26th day of May, 2015.

Respectfully Submitted,

X *Reginald F. Bell*
Reginald F. Bell
TDCJ-ID #1923613
James A. Lynaugh Unit
1098, South Hwy 2037
Fort Stockton, Tx 79735

# Appendix A

# BALL & HASE
## A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELORS AT LAW

**WES BALL**
BOARD CERTIFIED-CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**DON HASE**
BOARD CERTIFIED-CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**4025 WOODLAND PARK BLVD**
**SUITE 100**
**ARLINGTON, TEXAS 76013**

**TELEPHONE (817) 860-5000**
**TELEFAX (817) 860-6645**

April 20, 2015

Mr. Reginald Fritz Bell
TDCJ# 01923613
Lynaugh Unit
1098 South Highway 2037
Fort Stockton, Texas 79735

*Via: Certified Mail No. 7013 0600 0001 8818 7415*
*Return Receipt Requested*

Re:     Cause No: 02-14-00156-CR; *Reginald Fritz Bell vs. State of Texas* in the Court
of Appeals for the Second District of Texas, Fort Worth, Texas

Dear Mr. Bell:

I have received the order from the Court of Appeals in your case affirming your conviction and sentence. The Court's opinion is dated April 16, 2015. I have enclosed a photocopy of the order. I am not going to file a Petition for Discretionary Review. A Petition for Discretionary Review must be filed within 30 days of the Court of Appeals opinion. [The Court of Criminal Appeals may grant a 15 day extension. See Rule of Appellate Procedure 68.2 (enclosed)]. My work as your court-appointed attorney is finished. If you wish to file a Petition for Discretionary Review or a writ of habeas corpus, you will need to do that on your own or hire your own attorney to file one on your behalf. Be advised that for the most part, the first writ of habeas corpus is the only writ you will be able to file and have considered by the Court of Criminal Appeals.

There is now a "statute of limitations" for filing a federal writ of habeas corpus. You must file it within one year of the completion of your direct appeal. If no Petition for Discretionary Review is filed then it must be filed within one year of the date of the opinion or the date of the overruling of a timely filed Motion for Rehearing, if a Rehearing is filed. If a Petition for Discretionary Review is filed, then the time begins to run at the end of the action by the Court of Criminal Appeals plus 90-days if you do not file for certiorari to the Supreme Court of the United States. If you file for writ of certiorari to the United States Supreme Court, (that must be within 90 days of the denial of your PDR or opinion) then, the time the application is pending is not included in your one-year time limit. If you file a writ of habeas corpus in the State Court, then the time your writ is pending from the time you file it to its final decision is not counted toward your one year time for filing a Federal Writ of Habeas Corpus. From the time your appeal is final, you must subtract from the one year the time limit of the time between the start of

the limitation period to the filing of the State Court writ of habeas corpus. After the Court of Criminal Appeals denies relief, then you start counting from where you stopped when you filed the state court writ. You have a total of one year if no Petition for Discretionary Review is filed from the date of the opinion in the Court of Appeals or the overruling of a timely filed Motion for Rehearing, or 90 days after a timely filed Petition for Discretionary Review is denied or an opinion of Criminal Appeals is filed or Motion for Rehearing overruled.

If no Petition for Discretionary Review is filed, then you do not get the additional 90-days from the date of the opinion.

I will not be filing these actions on your behalf.

Sincerely,

DON HASE

DH/md
Enclosures